# Warren *v.* The State.

*Indictment for Carrying Concealed Weapons.*

1. *Carrying pistol in hand-satchel.*—A conviction may be had for carrying a pistol concealed about the person (Code, § 3775), on proof that the defendant carried it in a hand-satchel, which was suspended from his shoulder by a strap around his neck, although the satchel was locked and the key kept in his pocket.

FROM the City Court of Mobile.
Tried before the Hon. O. J. SEMMES.

WM. L. MARTIN, Attorney-General, for the State.

[Scott v. The State.]

McCLELLAN, J.—This appeal is from a judgment of conviction of the offense of carrying a weapon concealed about the person. The evidence was without conflict to the effect that the defendant carried a pistol concealed in a small handsatchel, which was supported and carried by mean of a strap which passed over his shoulder. Manifestly the weapon was being carried *about* the person, in the sense of moving with the person, and this is the test by which that question is determined; and being confessedly concealed, the offense was complete.—*Diffey v. State*, 86 Ala. 66; *Ladd v. State*, 92 Ala. 58.

It is of no consequence whether a pistol so carried is of easy and ready access to the person carrying it; the statute denounces the act of carrying a weapon concealed about the person, irrespective of any consideration as to the ability of the person to readily avail himself of, and use it. The fact, therefore, that defendant's satchel was locked, and could not be opened without the key which he had in his pocket, is of no importance in this case.

The action of the court in giving the general affirmative charge for the State, which is the only matter presented for review, was free from error; and the judgment is affirmed.